IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. TUCKER,

    Plaintiff,               No. 2:13-cv-0279 KJM DAD P

    vs.

PHILLIP CLINE et al.,

    Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Tulare County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1. Good cause appearing, IT IS HEREBY ORDERED that:

     1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

     2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>     United States District Court
>     Eastern District of California
>     2500 Tulare Street
>     Fresno, CA 93721

DATED: March 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
tuck0279.22